ERASTUS F. ROOT, as Sole Overseer of the Poor, etc., Appellant, on the Relation of ARTHUR C. FISHER et al., Respondents, *v.* ALBERT J. ALEXANDER, Respondent.

(Argued April 17, 1894; decided May 1, 1894.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made March 29, 1893, which reversed an order of Special Term granting a motion to dismiss the complaint.

*Charles H. Brown* for appellant.

*W. Martin Jones* for respondent.

Agree to affirm on opinion below.
All concur, except EARL and O'BRIEN, JJ., not voting.
Order affirmed.

---

JOHN J. HOPPER, Appellant, *v.* EDWIN S. UPDIKE et al., Respondents.

(Argued April 23, 1894; decided May 1, 1894.)

MOTION for leave to discontinue appeal.

*Carpenter & Hassett* for motion.

*Henry B. Weselman* opposed.

Agree to grant motion on payment of costs in this court before argument; no opinion.
All concur.
Motion granted.